UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 12-24504-CIV-GRAHAM/GOODMAN

PEDRO FERRAN GARLOBO, and all
others similarly situated under
29 U.S.C. 216(B),

    Plaintiffs,

vs.

CENTRAL TIRE CORP and SERGIO
LEYVA,

    Defendants.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including **TRIAL**, and entry of final judgment, with respect thereto.[1]

_2-28-13_
(Date)

(Signature) Counsel for _DEFENDANTS_

_2-28-13_
(Date)

(Signature) Counsel for _PLAINTIFF_

_____
(Date)

(Signature) Counsel for _____

---

[1] A Magistrate Judge may conduct jury trials if the underlying claims support a demand for a jury. In addition, a Magistrate Judge can generally accommodate special settings.